EDWARD J. COOK et al., Appellants, *v.* JOHN R. MURLIN et al., Respondents.

*Real property — covenant to use premises for residence purposes only — when maintenance of driveway thereon not a violation.*

*Cook* v. *Murlin*, 202 App. Div. 552, affirmed.

(Argued June 6, 1923; decided July 13, 1923.)

APPEAL from a judgment, entered September 5, 1922, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of plaintiff entered upon the report of a referee and directing a dismissal of the complaint. The relief sought in this action was an injunction restraining the defendants from the use and maintenance of a driveway constructed over lot No. 8, Golfside Acres, Brighton, N. Y., which driveway gave ingress and egress between East avenue and certain premises owned by the defendants. It was claimed that the use and maintenance of such a driveway constituted a violation of the covenant restricting the use of lot No. 8 to residence purposes only. The defense was that the covenant was not violated.

*Paul Folger* for appellants.

*George A. Carnahan* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

CARRIE BROWN, Individually and as Executrix of MANHEIM BROWN, Deceased, Appellant, *v.* THE STATE OF NEW YORK, Respondent.

*State — claim against state for death of juror through sickness incurred during course of long criminal trial properly dismissed.*

*Brown* v. *State of N. Y.*, 206 App. Div. 634, affirmed.

(Argued June 6, 1923; decided July 13, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 19, 1923, which affirmed a judgment of